UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Diaz Marin,

                        Plaintiff(s),

        -against-

**O R D E R**

7:18-CV-07647 (CS)

TLC Transportation Corporation of Westchester,
                                Defendant(s).
------------------------------------------------------------X
Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: November 25, 2019

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.